4 cr 50035

To whom it may concern:　　　　　　　　　　　　　　　　8-21-24

    I recently arrived at USP Hazelton. I'm in dire need of a copy my docket sheet, Plea agreement, P.S.R, Transcripts, and my Judgement and commitment order. This is something that is needed urgently. My name is Richard Horton. Birthdate ~~——~~, Social # ~~——~~. My Sentencing Judge Timothy L. Brooks. I was final sentenced on 6/7/23.

Sincerely,
Richard Horton 06288-010
Richard Horton

Mailing address

Richard Horton #06288-010
% USP Hazelton
P.O. 2000
Bruceton Mills, WV
26525

Richard Hobson
c/o USP Hazelton
P.O. Box 2000
Bruceton Mills, WV
26525

PITTSBURGH PA 150
22 AUG 2024 PM 1 L

LEGAL MAIL

Received WD/AR
AUG 26 2024
U.S. Clerk's Office

United States District Court
Attn: Clerk of the Court
35 E. Mountain, Rm 510
Fayetteville, Ar.
72701

72701-535935